**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MICHAEL DAVID P.,

      Plaintiff,        23 **CIVIL** 0537 (GRJ)

  -v-             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Decision and Order dated October 16, 2023, plaintiff's Motion for Judgment

on the Pleadings (Docket No. 14) is DENIED; the Commissioner is GRANTED Judgment on the

Pleadings; and this case is DISMISSED; accordingly, case is closed.

**Dated:**  New York, New York

  October 16, 2023

            **RUBY J. KRAJICK**
          _____
            **Clerk of Court**

    **BY:**
            **Deputy Clerk**